UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SHARON HAMILTON,                )
                                )
        Plaintiff,              )
                                )
    v.                          )        Civil No. 1:11-cv-00068-NT
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security )
                                )
        Defendant.              )


**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 31, 2012 her Recommended Decision (Docket No. 21). The Defendant filed its Objections to the Recommended Decision (Docket No. 22) on February 17, 2012. Plaintiff filed his Response to the Defendant's objections (Docket No. 23) on March 1, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's final decision is

AFFIRMED and judgment is entered in favor of the Commissioner.


SO ORDERED.

/s/ Nancy Torresen
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE


Dated this 5th day of March, 2012.